NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HARPER J. SIMPSON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7096

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-1566, Judge Alan G. Lance, Sr.

---

## ON MOTION

---

## ORDER

We construe Harper J. Simpson's filing of his informal brief as an unopposed motion for leave to file a brief out-of-time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 0 2 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Harper J. Simpson
     Meredyth Cohen Havasy, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 2 2011

JAN HORBALY
CLERK